IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DISCIPLINE OF ) <br> SETH DANIEL CARSON ) <br> ATTORNEY REGISTRATION ) <br> NUMBER 319886, A MEMBER ) <br> OF THE BAR OF THE UNITED STATES ) <br> DISTRICT COURT FOR THE WESTERN ) <br> DISTRICT OF PENNSYLVANIA ) | Misc. No. 2:25-mc-875 |

**ORDER**

WHEREAS, after Attorney Carson was disbarred from the Bar of the United States District Court for the Eastern District of Pennsylvania, by order entered in <u>In the Matter of Seth Carson</u>, No. 24-mc-5 (E.D. Pa.) on July 29, 2025, at ECF #21, this Court issued an Order to Show Cause dated August 5, 2025 which afforded Attorney Carson an opportunity, in accordance with this Court's Local Rules, to show good cause why an identical and reciprocal order of disbarment should not be entered by this Court (ECF #1);

WHEREAS the Clerk of Court received proof of delivery of the Order to Show Cause to Attorney Carson at the address on record with the Clerk of Court, and also sent the Order to Show Cause via electronic mail the primary email address associated with Attorney Carson's CM/ECF user account with this Court, which communication was not returned as undeliverable; and

WHEREAS Attorney Carson has filed no response to the Order to Show Cause.

NOW THEREFORE IT IS HEREBY ORDERED that Attorney Carson is reciprocally disbarred from the Bar of the United States District Court for the Western District of Pennsylvania;

IT IS FURTHER ORDERED that the Clerk of Court shall deactivate Attorney Carson's CM/ECF User Accounts and identify Attorney Carson as being disbarred in the Court's attorney admission records; and

IT IS FINALLY ORDERED that Attorney Carson must file a Petition for Reinstatement with the Clerk of Court before he can resume the practice of law before this Court. LCvR 83.3G. Because deactivation of Attorney Carson's CM/ECF User Account will prevent him from filing documents electronically, Attorney Carson will be required to submit all papers for filing, including any Petition for Reinstatement, to the Clerk of Court in hard copy or via electronic mail sent to PAWD_Attorney_Status@pawd.uscourts.gov, with a cover letter explaining why the documents could not be filed electronically.

The Clerk of Court is directed to give notice of the entry of this order to Attorney Carson via First Class Mail at the mailing address that he maintains with the Clerk of Court and via electronic mail sent to the primary email address associated with Attorney Carson's CM/ECF user account with this Court.

Dated:  September 11, 2025                    */s/ Mark R. Hornak*
                                              Mark R. Hornak
                                              Chief United States District Judge